UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Jakari A. Mahonie<br><br><br><br><br>Debtor(s) | BK No.:   21-01502<br><br>Chapter: 13<br>Honorable A. Benjamin Goldgar |

**ORDER GRANTING MOTION TO EXTEND TIME TO FILE SCHEDULES, PLAN, AND OTHER DOCUMENTS**

THIS MATTER COMING ON TO BE HEARD on the Debtor's Motion to Extend Time to file Remaining Schedules , Plan and other documents, due notice having been given, and the court being fully advised, IT IS HEREBY ORDERED:

The motion is granted.  The debtor has until March 5, 2021 to file her remaining Schedules, Plan and other documents.

Enter: *[signature]*

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:  March 02, 2021

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600